**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

LASHAWN DEANGELO GRIER,

    Plaintiff,

v.

WARDEN MARTY ALLEN; STAN SHEPARD; ADRIAN NELSON; and GEORGIA DEPARTMENT OF CORRECTIONS,

    Defendants.

CIVIL ACTION NO.: 6:18-cv-52

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 13). Plaintiff did not file Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Georgia State Prison claims, **TRANSFERS** Plaintiff's Valdosta State Prison claims (against Defendants Upton and Moss) to the United States District Court for the Middle District of Georgia, **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and **CLOSE** this case in this District, and **DENIES** Plaintiff leave to appeal *in forma pauperis* as to his Georgia State Prison claims.

**SO ORDERED**, this 16th day of September, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA